**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6606**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

VERNON PAUL MCLEAN,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.   Cameron McGowan Currie, District Judge.   (0:04-cr-00322-CMC)

Submitted:  October 31, 2006          Decided:  November 7, 2006

Before WILLIAMS, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vernon Paul McLean, Appellant Pro Se.  Stanley D. Ragsdale, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vernon Paul McLean appeals the district court's order denying McLean's motion for discovery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. McLean, No. 0:04-cr-00322-CMC (D.S.C. Mar. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED